No. 66854.—Sniafibres Corp. *v.* United States, protest 60/17370 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise, described on the invoice as "Lilion Yarn 15/1/0 semi-dull on bobbins with transfer tails," in fact consists of so-called 15-denier monofilament nylon,

having a slight turn twist, composed of a single filament, weighing less than 150 deniers per length of 450 meters, and valued at more than $1.11⅕ per pound, the claim of the plaintiff was sustained.